United States District Court
Southern District of Texas
**ENTERED**
December 03, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FRED G. MARTINEZ, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:18-CV-272 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

The Court is in receipt of Plaintiff Fred Martinez's ("Martinez") Motion to Exercise Inherent Power/Motion to Vacate Void Judgment, Dkt. No. 119; Plaintiff's Motion to Review *De Novo*, Dkt. No. 120; the Magistrate Judge's Memorandum and Recommendation ("M&R") construing both motions as Rule 60(b) motions for relief from judgment, Dkt. No. 121; and Plaintiff's Objections to the M&R, Dkt. No. 127.

After independently reviewing the record and the applicable law, the Court **ADOPTS** the M&R, Dkt. No. 121. The Court **DENIES** Plaintiff's Rule 60(b) motions for relief from judgment, Dkt. Nos. 119, 120.

SIGNED this 3rd day of December 2021.

_____
Hilda Tagle
Senior United States District Judge